# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8675
Fax: 919-861-5555

**DATE:** June 27, 2017

**FROM:** Julie Wise Rosa
Senior U.S. Probation Officer

**SUBJECT:** REID, Jayzena Ann
Case No.: 5:09-CR-241-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On January 21, 2010, pursuant to a guilty plea to Possession With Intent to Distribute 5 Grams or More of Cocaine Base (Crack), Jayzena Ann Reid appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 96 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on July 1, 2015, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since June 2016. Her term of supervision is set to expire on June 30, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has no objection to the same. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        6-28-17
Terrence W. Boyle                Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:09-CR-241-1BO

JAYZENA ANN REID

On July 1, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: June 27, 2017 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __28__ day of __June__, 2017.

Terrence W. Boyle
U.S. District Judge